UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| MARGARET DURANT | * |
| Plaintiff | * |
| v. | * Civil Case No.: |
| KOHL'S DEPARTMENT STORES, INC. | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

NOW comes Defendant, Kohl's Department Stores, Inc. ("Kohl's"), by its undersigned attorneys, and hereby removes the following described lawsuit from the Circuit Court for Prince George's County, State of Maryland, and respectfully states as follows:

1. Kohl's is the only Defendant served in a civil action filed by plaintiff, Margaret Durant, in the Circuit Court for Prince George's County, State of Maryland, captioned as *Margaret Durant v. Kohl's Department Stores, Inc.*, Case No. CAL-13-21759 (hereinafter the "State Court Action"). The State Court Action alleges that the Plaintiff sustained personal injury as the result of a fall at a Kohl's Department Store located in Montgomery County, Maryland.

2. Pursuant to 28 U.S.C. §§ 1441 and 1446, Kohl's removes the State Court Action to this Court, which is the federal judicial district in which the State Court Action is pending.

3. On July 24, 2013, Plaintiff Margaret Durant ("Plaintiff") in the State Court Action filed her original complaint, which did not assert any federal questions over which this Court would have original jurisdiction. Kohl's notes that the Complaint also named "John or Jane Doe" employees of the Kohl's store where the Plaintiff alleges she sustained injury. The

1

inclusion of such "John or Jane Doe" Defendants was transparently undertaken in an effort to defeat diversity jurisdiction.

4. On December 20, 2013, Plaintiff filed an Amended Complaint and Request for Jury Trial (the "Amended Complaint").

5. In the Amended Complaint, Plaintiff added a claim for alleged violation of the Americans with Disabilities Act (the "ADA"), 42 U.S.C. § 12101-122114 [sic].

6. Removal of the State Court Action is proper under 28 U.S.C. § 1441. If the action had originally been brought in this Court, this Court would have original, federal question jurisdiction over Plaintiff's alleged ADA claim, pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction over the other claims asserted in the State Court Action Complaint under 28 U.S.C. § 1367(a) because those claims are so related to the federal claim they form part of the same case or controversy.

7. Venue is proper in this district and division as the Circuit Court of Maryland for Prince George's County, the county where the State Court Action Complaint was filed, is within the District Court for the District of Maryland, Greenbelt Division.

8. Kohl's was served with the Amended Complaint in the State Court Action Complaint on December 20, 2013. Accordingly, this Notice of Removal is being filed within 30 days of receipt of the initial pleading setting forth the claim for relief upon which such action or proceeding is based in the State Court Action and is therefore timely filed under 28 U.S.C. § 1446(b). This Court has supplemental jurisdiction over all other claims asserted in the Amended Complaint, pursuant to 28 U.S.C. § 1367(a).

9. A true and legible copy of all process, pleadings and orders served in the State Court Action is being filed with this Notice and is attached hereto as **Exhibit A**.

10. Within thirty (30) days of filing this Notice of Removal, Kohl's shall file a true and legible copy of all documents that are on file in the state court, together with a certification from counsel that all filings in the state court action have been filed in the United States District Court, pursuant to Local Rule 103.5(a).

11. There are no pending motions in the State Court Action.

12. A copy of this notice will be filed with the State Court and served upon the plaintiff.

13. Kohl's Local Rule 103.3 Disclosure of Affiliations and Financial Interests has been filed simultaneously with this Notice of Removal, pursuant to Local Rules 103.3 and 103.5(c).

WHEREFORE, Kohl's Department Stores, Inc. removes the case styled *Margaret Durant v. Kohl's Department Stores, Inc.,* Case No. CAL-13-21759, from the Circuit Court for Prince George's County, State of Maryland, on this 30th day of December, 2013.

Respectfully submitted,

_____
Edward M. Buxbaum (Bar No. 05015)
Erin O. Millar (Bar No. 28325)
Whiteford, Taylor & Preston, L.L.P.
Seven Saint Paul Street – Suite 1500
Baltimore, MD 21202-1636
Telephone: (410) 347-8700
Facsimile: (410) 234-2377
E-mail: ebuxbaum@wtplaw.com
E-mail: emillar@wtplaw.com

*Attorneys for Defendant,
Kohl's Department Stores, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **30**[th] day of **December, 2013**, a copy of the foregoing Notice of Removal was mailed first class, postage prepaid to:

> Kim Parker, Esquire
> Law Offices of Kim Parker, P.A.
> 2123 Maryland Avenue
> Baltimore, Maryland 21218
> Email:  kp@kimparkerlaw.com

*Attorney for Plaintiff*

_____
Edward M. Buxbaum

2077412