IN THE UNITED STATES DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| **MARGARET DURANT** | : | |
| PLAINTIFF | : | |
| | : | |
| Vs. | : | Case No.: 8:13-cv-03703-PJM |
| **KOHL'S,** *et al* | : | |
| DEFENDANT | : | |
| | : | |

### PLAINTIFF'S LINE ATTACHING SECOND AMENDED COMPLAINT FILED IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY IN SUPPORT OF ITS MOTION FOR REMAND

**NOW COMES**, Margaret Durant, "Plaintiff", by her attorneys KIM PARKER, ESQUIRE and THE LAW OFFICES OF KIM PARKER, P.A., and files this Line Attaching Second Amended Complaint Filed in the Circuit Court for Prince Georges County in support of Plaintiff's Motion to Remand Case to Circuit Court for Prince Georges, County in support thereof:

1. On December 23, 2013, Plaintiff filed her Second Amended Complaint which was the operative Complaint at the time of Removal.

2. A review of the documents filed in support of the Removal does not indicate that Plaintiff's Second Amended Complaint was ever filed in this Court.

3. Attached please find the Court stamped copy of the Second Amended Complaint, Redline Complaint and Notice of Service to the Defendants Counsel.

4. It is important to note that the facts are essentially the same which support the Plaintiff's reasoning articulated in her Motion for Remand.

**WHEREFORE**, Plaintiff respectfully request that this case be remanded to the State Court for Prince George's County Maryland.

Respectfully Submitted,

MARGARET DURANT

By:   /s/ Kim Parker
Kim Parker, Esquire
Federal Bar No.: 23894
LAW OFFICE OF KIM PARKER, P.A.
2123 Maryland Avenue
Baltimore, Maryland 21218
410-234-2621 Office
410-234-2612 Facsimile
kp@kimparkerlaw.com , email

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing Line was mailed first class mail postage prepaid or by electronic mail on this **31st** day of **January ,2014** to:

Edward M Buxbaum, Esq
Erin O Brien Millar, Esq
*Via the Court's Electronic Filing System*

   /s/ Kim Parker
**Kim Parker, Esq.**
COUNSEL FOR PLAINTIFF