IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARGARET C. DURANT | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| v. | * | Civil No.: PJM 13-3703 |
| | * | |
| KOHL'S DEPARTMENT STORES, | * | |
| INC., et al. | * | |
| | * | |
| **Defendants** | * | |

## ORDER

Upon consideration of Plaintiff Margaret Durant's Motion to Remand Case to Circuit

Court for Prince George's County (Paper No. 12), and the Response thereto, it is, for the reasons

stated in the accompanying Memorandum Opinion, this 12th day of March, 2014

ORDERED

1. Plaintiff's Motion to Remand Case to Circuit Court for Prince George's

   County (Paper No. 12) is **GRANTED**;

2. This case shall be **REMANDED** to the Circuit Court for Prince George's

   County, Maryland; and

3. The Clerk of the Court shall **CLOSE** this case.


_____/s/_____
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**